IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BURNETT LAND ENTERPRISES,

   Plaintiff,

v.

                                                        Case No.  21-cv-532-jdp

PATRICIA D. COMER,

   Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of jurisdiction.

| /s/ | August 24, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |